UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
DOCKET NO. 2:03CR00009-001BO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| TONY JEROME FENNER, | ) | |

It now appearing to the court that the said Tony Jerome Fenner died on or about September 12, 2006. At which time a remaining liability existed in the amount of $530.50.

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the ____9____ day of ____January____, 2013.

Terrence W. Boyle
U.S. District Court Judge